UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SANDRA W. FILLICHIO,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, SANDRA W. FILLICHIO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, REDLINE RECOVERY SERVICES, LLC, is a limited liability company and citizen of the State of New York with its principal place of business at 95 John Muir Drive, Amherst, New York 14228.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular or home telephone, as indicated, on or about the dates stated:

February 13, 2009 – Cellular Phone
Hi Sandra Fillichio. My name is Mr. Griffith with the office of Redline, ma'am. I need to speak to you regarding a pending case that was sent to our department here for my client Bank of America. The office number is 1-888-475-9131, extension 4718. Case ID number is 3040053. Thank you.

February 19, 2009 – Cellular Phone
Hi, Sandy Fillichio, sorry if I mispronounced the name, ma'am, I need you to contact my office. My name is Mr. Griffith at the office of Redline ma'am. I've been retained by my client, which is Bank of America to file a pending

2

case through Broward County for a former Visa account. There may be a couple directions we could explore to avoid any further action for this, but I need to hear from you right away. My office number is 1-888-475-9131, extension 4718. Case number is 3040053. I am sure you're aware, but ma'am, I've tried to contact you last week as well due to this. Thank you.

February 20, 2009 – Cellular Phone
Hi, Sandy Fillichio, ma'am, once again, this is Mr. Griffith with the office of Redline. I'm only here till 4:30 Eastern today. Again, I'm trying to get in contact with you regarding this pending case for my client, Bank of America. Office number is 1-888-475-9131, extension 4718. Case number is 3040053.

February 25, 2009 – Cellular Phone
Hi, Sandra Fillichio, Mr. Griffith once again. I need you to contact the office immediately. 1-888-475-9131, extension 4718. Case number is 3040053.

February 26, 2009 – Cellular Phone
Hi, Sandra Fillichio, ma'am, my name once again is Mr. Griffith at the office of Redline. I've been trying to reach you now for a couple weeks. I had spoken to a woman, I didn't want to disclose your personal information to her, but I have a pending civil case I have been retained to file through Broward County on a former US Bank. I may be able to help you avoid this situation, ma'am, possibly even get you a reduction with this, but I need to hear from yourself, a spouse, or legal representation as soon as possible. And uh, this recommendation has to be made to proceed as of March 1st. So we literally have tonight until 9 PM and tomorrow until 5 PM Eastern to at least get this documented if we're going to need any type of extension or anything. You need to contact the office ma'am as soon as this is received at 1-888-475-9131, extension is 4718. Case number is 3040053.

February 27, 2009 – Cellular Phone
Hi, uh Sandra Fillichio, this is Mr. Griffith once again with the office of Redline, ma'am.  I've been trying to contact you now for approximately 30 days. I've been trying to make it clear to you exactly how important this is that we speak. Uh, I've been retained by my client, which is Bank of America, to file for civil judgment through Broward County here, former Visa. If you contact me ma'am either in the next half an hour today or between 8 and noon tomorrow prior to March 1st, when I have to notify the client to proceed. There's a few ways I can still help you avoid any further

action and possibly get you a reduction on this or a few different ways to avoid any court proceedings. Contact me right away ma'am, at 1-888-475-9131.

March 6, 2009 – Cellular Phone
Hi, this message is for Sandra Fillichio. Sandra, my name is Mr. Griffith at the office of Redline, ma'am. As you can tell, I've been trying to reach you now 30 days. As of today at 4:30 PM Eastern Standard time I have to notify my client whether or not to proceed against you through Broward County for this Bank of America. Again, at this point, there is a few ways I can help you avoid this case, ma'am, but I need to hear from you right away. The number is 1-888-475-9131, extension 4718. Case number 3040053.

March 13, 2009 – Home Phone
This message is intended solely for Sandra Filli, Fillichio. Sandra, this is Keanna calling with Redline Recovery. Please give me a call when you get this message in regards to file 3040053, our toll free number to the office is 888-475-9131 and my extension 41, I am sorry, it is 4983. Again, that is extension 4983.

March 20, 2009, 11:38 AM – Home Phone
This message is for Sandra Fillichio, file 3040053. Sandra, this is Keanna calling with Redline Recovery. Trying to reach you today again, in reference to the paperwork here in my office. At this time Sandra, a decision needs to be made on your behalf, whether you are going to handle this matter voluntarily or not. Give me a call when you get this message 888-475-9131. I can be reached directly at extension 4983.

March 20, 2009, 11:40 AM – Cellular Phone
This message is intended for Sandra Fillichio, file 3040053. Sandra, this is Keanna calling once again with Redline Recovery. I have tried contacting you several times and I have left you several messages in regards to the paperwork placed here in my office. At this time, Sandra, I need for you to contact me if this is something that you plan to resolve on voluntary basis. Our number here that you can reach me at is toll free 888-475-9131, my direct extension is 4983. When calling do reference file 3040053. Sandra, I will be here in the office today until about 3:30 PM Eastern Standard time. Thank you.

March 26, 2009 – Home Phone

4

This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra, in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248 and my direct extension is 4716. Thank you.

March 27, 2009 – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra, in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248. My direct extension here is 4716. Thank you.

March 28, 2009, 11:06 – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, direct extension 4716. Thank you.

March 28, 2009, 11:08 AM – Cellular Phone
This message is for Sandra Fillichio. If you are not Sandra, please hang up. Sandra, in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, my direct extension is 4716. Thank you.

March 30, 2009, 8:18 AM – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, my direct extension is 4716. Thank you.

March 30, 2009, 8:20 AM – Cellular Phone
This message is for Sandra Fillichio. If you are not Sandra, please hang up. Sandra, in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, extension 4716. Thank you.

April 1, 2009, 1:49 PM – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, my direct extension is 4716. Thank you.

April 1, 2009, 1:52 PM – Cellular Phone
This message is for Sandra Fillichio. If you are not Sandra, please hang up. Sandra in accordance with the Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248. My direct extension is 4716. Thank you.

April 2, 2009 – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, direct extension is 4716. Thank you.

April 3, 2009, 8:35 AM – Home Phone
This message is for Sandra Fillichio, if you are not Sandra, please hang up. Sandra in accordance with Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, direct extension 4977. Thank you.

April 3, 2009, 8:37 AM – Cellular Phone
This message is for Sandra Fillichio. If you are not Sandra, please hang up. Sandra in accordance with the Federal Law, the purpose of this call is to collect a debt by a debt collector at Redline Recovery Services. Please contact Chris Webster at 1-866-316-3248, extension 4977.

April 17, 2009 – Cellular Phone
Good afternoon, this message is for Sandra Fillichio. Sandra my name is Michelle I'm representing Redline Recovery Services, please return my call, I will be in my office today April 17, until 4:30 PM, toll free number 1-888-475-9131 extension 4723.

May 15, 2009 – Home Phone
This message is for Sandra Fillichio, File 3040053. Sandra, this is Keanna calling with Redline Recovery.  I need for you to contact my office today or you may have your legal representative to contact me. Our phone number here is 888-475-9131. My personal extension is 4715.

May 19, 2009, 8:33 AM – Home Phone

6

Sandra Fillichio. It's Keanna calling with Redline Recovery. If you could give me a call today 888-475-9131 extension 4715. When calling do reference file 3040053.

May 19, 2009, 8:38 AM – Cellular Phone
Sandra Fillichio. It's Keanna, with Redline Recovery. I need for you to give me a call today at 888-475-9131, extension 4715.

June 17, 2009 – Cellular Phone
Hi. This message is for Sandra Fillichio. If we have reached this number in error, please contact us at 1-888-475-9131 extension 4837. If you are not Sandra, please hang up.  If you are Sandra, please continue to listen to this message.  There will now be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Sandra.  Miss Fillichio you should not listen to this call in the presence of others as it contains personal information.  This is Jarris Rainey from Redline Recovery Services and this communication is from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please contact me about an important business matter at 1-888-475-9131 extension 4837.  Thank you.  I look forward to speaking with you soon.  Have a nice day.

June 18, 2009, 11:42 AM – Home Phone
Hi! This message is for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. If you are Sandra, please continue to this listen where there will now be a 3 second pause. By continuing to listen to this message, you acknowledge that you are Sandra. Mrs. Fillichio, you should not listen to this presen — this call — in the presence of others as it contains personal information. This is Jarris Rainey calling from Redline Recovery Services. This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about this matter at 1-888-475-9131 extension 4837. I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time. If we have reached the wrong number for this person please call us back at 1-888-475-9131 extension 4837. Thank you, I look forward to speaking with you and have a nice day.

June 18, 2009, 11:50 AM – Cellular Phone
Hi.  This message is for Sandra Fillichio.  If you are not Sandra Fillichio, please hang up.  If you are Sandra, please continue to listen to this message

7

where there will now be a 3 second pause. By conti — continuing to listen to this message, you acknowledge that you are Sandra. Mrs. Fillichio you should not listen to this call in the presence of others as it contains personal information. This is Jarris Rainey calling from Redline Recovery Services. This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used just for that purpose. Please contact me about this important business matter at 1-888-475-9131 extension 4837. I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time. If we have reached the wrong number for this person, please contact us at 1-888-475-9131 extension 4837. Thank you and I do look forward to speaking with you soon. Have a nice day.

June 19, 2009, 11:40 AM – Home Phone
Hi. This message is for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. If you are Sandra Fillichio, please con—continue to listen to this message where there will now be a 3 second pause. By continuing to listen to this message you acknowledge that—that you are Sandra Fillichio. Mrs. Fillichio, you should not listen to this call in the presence of others as it contains personal information. This is Jarris Rainey calling from Redline Recovery Services. This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me as soon as possible so we can discuss how I can save you a substantial discount on your current debt. My number is 1-888-475-9131 extension 4837. I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time. If we have reached the wrong number for this person, then please call us back at 1-888-475-9131 extension 4837. I hope to speak with you soon. Thank you and have a nice day.

June 19, 2009, 2:47 PM – Home Phone
Hi. This message is for Sandra Fillichio. If you are not Sandra, please hang up. If you are Sandy, please continue to listen to this message where now— there will now be a 3 second pause. By continuing to listen to this message, you acknowledge that you are Sandy. Ms. Fillichio you should not listen to this call in the presence of others as it contains personal information. This is Jarris Rainey calling from Redline Recovery Services. This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about this as soon as possible so we can talk about how I can save you a substantial discount on this current debt. My name is—my number is 1-888-475-9131 extension 4837. I am in the office from 8:00 AM until 4:30 PM Eastern Standard

8

Time.  If we have reached this number in error for Ms. Sandy, please contact us at 1-888-475-9131 extension 4837.  Thank you and I look forward to speaking with you soon.

June 19, 2009 – Cellular Phone
Hi.  This message is for Sandy Fillichio.  If you are not Sandy, then please hang up.  If you are Sandy, then please continue to listen to this message where there will now be a 3 second pause.  By continuing to listen to this message, you acknowledge that you are Sandy.  Ms. Fillichio you should not listen to this call in the presence of others as it contains personal information.  This is Jarris Rainey calling from Redline Recovery Services.  This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about this as soon as possible so we can discuss how I can save you a substantial discount on your debt.  My number is 1-888-475-9131 extension 4837.  I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time.  If we have reached the wrong number for Sandy, please call this number at 1-888-475-9131 extension 4837.  Thank you and I look forward to speaking with you soon.

June 22, 2009, 8:11 AM – Home Phone
Hi Sandy.  This is Jarris Rainey.  Can you give me a call back at 1-888-475-9131 extension 4590.  I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time.

June 22, 2009 at 10:52 AM – Home Phone
Hi.  This message is for Sandy Fillichio.  If you are not Sandy, then please hang up.  If you are Sandy, then please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are Sandy Fillichio.  Ms. Fillichio you should not listen to this call in the presence of others as it contains personal information.  This is Jarris Rainey calling from Redline Recovery Services.  This communication is from a debt collector in an attempt a debt and any information obtained will be used for this purpose.  Could you please contact me about this important business matter at 1-888-475-9131 extension 4590.  I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time.

June 23, 2009, 8:10 AM – Cellular Phone

>Hi Sandy. This is Jarris Rainey. Can you give me a call back at 1-888-475-9131 extension 4590. I am in the office from 8:00 AM until 4:30 PM Eastern Standard Time.
>
>July 9, 2009 – Cellular Phone
>Hi. This message is for Sandy Fillichio. This is Jarris Rainey calling for Redline Recovery Services. It's urgent that we speak. My direct number is 716-250-4739 or toll free at 1-888-475-9131 extension 4739.
>
>July 24, 2009, 8:56 AM – Cellular Phone
>Hi Sandy Fillichio, this is Jarris Rainey. You can return my call as soon as you get this message at 1-888-475-9131 extension 4739. Thank you.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in some of the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20. Plaintiff incorporates Paragraphs 1 through 17.

21. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a

debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24.    Plaintiff incorporates Paragraphs 1 through 17.

25.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.    Plaintiff incorporates Paragraphs 1 through 17.

27.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose

of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

  b. a declaration that Defendant's calls violate the TCPA;

  c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com


 By: s/ Donald A. Yarbrough
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658